UNKNOWN HEIRS OF F. H. HOLLOWAY ET AL V.
I. H. ELLINGTON ET AL.

No. 7285. Decided July 26, 1939.
(131 S. W., 2d Series, 93.

*Llewllyn & Dougherty,* of Liberty, for plaintiffs in error.

*F. T. Baldwin,* of Houston, and *P. C. Matthews,* of Liberty, for defendants in error.

MR. JUDGE TAYLOR delivered the opinion of the Commission of Appeals, Section B.

The opinion of the Court of Civil Appeals in this case appears in 104 S. W. (2d) 650. The facts and the controlling question involved are the same as in Unknown Heirs of Holloway et al v. L. B. Whatley et al (Com. App.), this day decided, 133 Texas 608, 131 S. W. (2d) 89, 6 T. S. C. R. 932.

On the authority of that case the judgment of the Court of Civil Appeals affirming that of the trial court, is affirmed.

Opinon adopted by the Supreme Court July 26, 1939.